IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEO SUMMERS BUFFALO BULLTAIL,<br><br>Defendant. | Cause No. CR 13-32-BLG-SPW<br><br><br>ORDER |

On May 27, 2020, Defendant Bulltail moved the Court to set a hearing on a pending (but sealed) petition to revoke his supervised release. *See* Mot. for Hr'g (Doc. 73). The Court ordered the United States to clarify Bulltail's situation and indicate when it might proceed. *See* Order (Doc. 74).

In response, the United States reports that it is not aware of any pending detainer, revocation petition, or warrant but is willing to coordinate with the Probation Office to resolve the petition. *See* Resp. to Order (Doc. 75). The Court appreciates the clarification.

Accordingly, IT IS ORDERED:

1. The clerk shall UNSEAL the pending petition and warrant (Docs. 69, 70)

1

as Bulltail is in custody.

    2.  The United States shall take the appropriate steps to resolve the petition.

DATED this __7th__ day of July, 2020.

                                                          Susan P. Watters
                                                          United States District Court