IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-32-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| THEO SUMMERS BUFFALO BULLTAIL, | |
| Defendant. | |

For the reasons stated on the record, THEO SUMMERS BUFFALO BULLTAIL is hereby released from the custody of the U.S. Marshals Service.

DATED this 24th day of February, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1